## 18827.   SLATON v. THE STATE.

LUKE, J.   The evidence in this case sustains the conviction of the defendant for both transporting and possessing intoxicating liquor, and the trial judge did not err in overruling the motion for a new trial, based solely upon the usual general grounds.

*Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MAY 15, 1928.

*H. A. Allen,* for plaintiff in error.